UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-14473-CV-MARTINEZ/MAYNARD

CHRISTOPHER SCHROEDER,

    Petitioner,

v.

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation on Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (DE 4). Magistrate Judge Maynard filed a Report and Recommendation ("R&R") recommending that the Petition be denied. (DE 9). Petitioner filed objections. (DE 10). The Court having carefully reviewed the R&R, objections, and the record in this case *de novo*, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Maynard's Report and Recommendation (DE 9) is **AFFIRMED** and **ADOPTED**. The Petition is **DENIED**. No certificate of appealability shall issue. The Clerk is directed to mark this case **CLOSED** and **DENY** pending motions as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of November, 2020.

                                                                   _____
                                                                   JOSE E. MARTINEZ
                                                                   UNITED STATES DISTRICT JUDGE